IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) CASE NO. 2:24-cr-20016 | |
| ) | |
| v. ) | |
| ) | |
| **TIMOTHY DURKIN,** ) | |
| ) | |
| **Defendant.** ) | |

**UNOPPOSED MOTION TO CONTINUE THE STATUS CONFERENCE**

TO THE HONORABLE DANIEL CRABTREE:

NOW COMES Timothy Durkin by and through his attorneys, and files this unopposed motion to continue the Status Conference, saying for cause as follows:

1) A Status Conference is presently set July 17, 2025, at 9:00 a.m. before this Honorable Court.

2) Counsel for Mr. Durkin, Charles Flood, has a conflicting appearance for a sentencing hearing in *United States v. Jaime Aguirre*, Case No. 4:22-cr-81, in the Southern District of Texas, before the Honorable Alfred Bennett.

3) The parties are actively discussing resolution of this case without the need for a trial and need additional time to continue these negotiations.

4) Mr. Durkin has been advised of his counsel's scheduling conflict and consents to a brief continuance. He has been advised of his right to a speedy trial.

1

5) This motion is not made for the purpose of delay but to promote the fair administration of justice. The interests served by a short continuance outweigh the public's and defendant's interest in a speedy trial.

WHEREFORE PREMISES CONSIDERED, Mr. Durkin respectfully requests that this Court grant this motion and continue the status conference.

Respectfully submitted,

/s/ Joseph Miller
Joseph Miller
P.O. Box 83440
Fairbanks, AK 99708
(907) 451-8559
Email: joe@joemillerlaw.com
KS Bar No. 20771

/s/ Charles Flood
Charles Flood
Flood & Flood Law Office
914 Preston, Suite 800
Houston, TX 77002
(713) 223-5959
Email: charles@floodandflood.com
Federal I.D. No. 22508
*Attorneys for Timothy Durkin*

## WAIVER

I Timothy Durkin have consulted with my attorneys regarding this motion to continue my status conference due to my attorney's scheduling conflict and my rights under the Speedy Trial Act. I hereby waive my statutory and constitutional rights to a speedy trial.

_____
Timothy Durkin

## **CERTIFICATE OF CONFERENCE**

Charles Flood has conferred with Assistant U.S. Attorney Faiza Alhambra, and she is unopposed to this motion.

*/s/ Joseph Miller*
Joseph Miller

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2025, I filed the foregoing document to the Clerk of Court using the ECF System and a transmittal notice of electronic filing will send an email of the filing to all parties.

*/s/ Joseph Miller*
Joseph Miller