CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

SENTENCING

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              Case No. 24-20016-01-DDC

TIMOTHY DURKIN,

        Defendant.

**Attorney for Government: Faiza Alhambra & Trent Krug**
**Attorney for Defendant: Charles T. Flood**

| JUDGE: | Daniel D. Crabtree | DATE: | 4/28/26 |
|---|---|---|---|
| CLERK: | Sarah Spegal | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PRETRIAL/PROBATION: | Paula Heschmeyer |

☒  For Details of Sentence See Judgment and Commitment Order

☐  Restitution Ordered under 18:3663      $ _____  on count(s)
                                                $ _____  on count(s)

☐  **Total Restitution:**          $ _____

☒  Defendant Fined            $ 146,014.00 _____  on count(s) 1
                                                $ _____  on count(s)

☒  **Total Fine:**              $ **146,014.00** _____

☒  Defendant Assessed under 18:3013    $ _____ 100.00 _____  on count 1 of Indictment
                                                $ _____  on count(s)
                                                $ _____  on count(s)

☒  **Total Assessment:**        $ _____ **100.00** _____

☒  Remaining charging documents and counts dismissed by the court on the motion of the United States without objection.
☒  Government  ☒  Defendant    - Advised of right to appeal
☐  Defendant to voluntarily surrender.
☐  Defendant remanded to custody.
☐  Stay of Execution    ☐ Granted    ☐ Denied
☒  Notes:  Defendant appears in person & on release with counsel.  The defendant is sentenced to 5 years of supervised probation.  Defendant to remain on release.